**Order entered May 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00503-CV

### IN RE JAMES PENNEY AND RUTH PENNEY, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-06-1835-T**

## ORDER

Before the Court is the petition for writ of mandamus filed by James and Ruth Penney.

The Court requests that real parties in interest and respondent file their responses to the petition

for writ of mandamus, if any, by May 12, 2014.

/s/    JIM MOSELEY
         JUSTICE